

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Holcim (US) Inc. and Holcim Texas
Limited Partnership, Appellants

No. 06-20-00096-CV          v.

Ellis County Appraisal District, Appellee

Appeal from the 40th District Court of Ellis
County, Texas (Tr. Ct. No. 104026).
Opinion delivered by Justice Stevens, Chief
Justice Morriss and Justice Burgess
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants, Holcim (US) Inc. and Holcim Texas Limited Partnership, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 18, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk